COURTLAND SMITH, Respondent, v. MOSES L. ANNENBERG, HARRY A. BRAELOW, JOSEPH D. BABBON and HERBERT KRANCER, Appellants.— Motion for leave to

App. Div.]                    Second Department, April, 1927.

appeal to the Court of Appeals denied.   Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.